IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01045-WYD

ROY M. BILLINGSLEY,

      Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

      Defendant.

---

## ORDER

---

THIS MATTER is before the Court on the parties' Stipulated Motion for Award of Attorneys' Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, filed October 9, 2014.  The stipulated motion states the parties have agreed to a settlement in regard to Plaintiff's request for attorney fees pursuant to the Equal Access to Justice Act ["EAJA"], agreeing that Plaintiff will receive a total EAJA fee award of $4,000.00 in this case.  Having reviewed the motion and finding good cause therefore, it is

ORDERED that the Stipulated Motion for Award of Attorneys' Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (ECF No. 24) is **GRANTED**. Attorney fees in the amount of **$4,000.00** are awarded to and shall be paid to Plaintiff under the EAJA but delivered to Plaintiff's attorney.  This award is without prejudice to Plaintiff's attorney's right to seek attorney fees pursuant to 42 U.S.C. § 406(b), subject to the offset provisions of the EAJA.  *See* 28 U.S.C. § 2412(c)(1) (2006).

Dated October 10, 2014

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior United States District Judge